IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO EASTERN DIVISION

| | |
|---|---|
| SONU SHARMA, ) | Case No. 2:21-CV-1604 |
| ) | |
|    Plaintiff, ) | JUDGE SARAH D. MORRISON |
| ) | MAGISTRATE KIMBERLY A. JOLSON |
| -vs- ) | |
| ) | |
| TECHIMPULSE SOLUTIONS, INC., ) | |
| ) | |
|    Defendant. ) | |

## STIPULATION OF DISMISSAL

NOW COME the Parties, Plaintiff Sonu Sharma and Defendant TechImpulse Solutions, Inc., by and through undersigned counsel, and hereby provide notice to the Court that they stipulate all claims are dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Attorney for Defendant(s):

Signatures:

| Attorney for Plaintiff(s): | Counsel for Defendant: |
|---|---|
| /s/Robert B. Kapitan<br>Robert B. Kapitan (0074327)<br>Anthony J. Lazzaro (0077962)<br>Lori M. Griffin (0085241)<br>The Lazzaro Law Firm, LLC<br>920 Rockefeller Building<br>614 W. Superior Avenue<br>Cleveland, OH 44113<br>Phone: (216) 696-5000<br>Facsimile: (216) 696-7005<br>robert@lazzarolawfirm.com<br>anthony@lazzarolawfirm.com<br>lori@lazzarolawfirm.com<br><br>*Attorneys for Plaintiff Sonu Sharma* | **s/ Eric B. Hershberger**<br>Eric B. Hershberger (0055569)<br>FAZEEL S. KHAN (0078875)<br>Haynes Kessler Myers & Postalakis Inc.<br>300 W. Wilson Bridge Rd., Suite 100<br>Worthington, OH  43085<br>614.764.0681; Fax: 614.764.0774<br>eric@ohiolawyersgroup.com<br>fazeel@ohiolawyersgroup.com |

1

Date filed: **February 1, 2022**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing was served via the Court's electronic filing system on the **1st day of February 2022**.

                                                  /s/ Robert B. Kapitan
                                                  Robert B. Kapitan
                                                  Attorney for Plaintiff